# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130698(60)

HIGHLAND-HOWELL DEVELOPMENT
COMPANY, LLC,
       Petitioner-Appellant,

v

TOWNSHIP OF MARION,
       Respondent-Appellee.

_____

SC:   130698
CoA: 262437
MTT: 00-307906

      On order of the Chief Justice, the motion by the Real Property Law Section of the State Bar of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2006

Clerk